```
 1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
      Charles K. Verhoeven (Bar No. 170151)
 2    charlesverhoeven@quinnemanuel.com
      Carl G. Anderson (Bar No. 239927)
 3    carlanderson@quinnemanuel.com
    50 California Street, 22nd Floor
 4  San Francisco, California 94111
    Telephone:    (415) 875-6600
 5  Facsimile:    (415) 875-6700

 6    Michael E. Williams (Bar No. 181299)
      michaelwilliams@quinnemanuel.com
 7    Richard H. Doss (Bar No. 204078)
      richarddoss@quinnemanuel.com
 8  865 S. Figueroa Street, 10th Floor
    Los Angeles, California 90017
 9  Telephone: (213) 443-3000
    Facsimile: (212) 443-3100
10
    Attorneys for Defendants
11  RealNetworks, Inc. and Napster, Inc.
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| Ho Keung Tse,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Apple Computer, Inc. et al.,<br><br>　　　　Defendant. | CASE NO. 06-06573 SBA<br><br>**NOTICE OF APPEARANCE OF CHARLES K. VERHOEVEN AND RICHARD H. DOSS ON BEHALF OF DEFENDANTS REALNETWORKS, INC. AND NAPSTER, INC.**<br><br>**WITHDRAWAL OF JAMES P. ULWICK AS ATTORNEY OF RECORD**<br><br>**[PROPOSED] ORDER** |
|---|---|

51000/2049546.1

NOTICE OF APPEARANCE AND WITHDRAWAL
CASE NO. 06-06573 SBA

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE NOTICE THAT:

**For Defendant RealNetworks, Inc.,**

Charles K. Verhoeven of Quinn Emanuel Urquhart Oliver & Hedges, LLP hereby appears as additional counsel of record for Defendant RealNetworks, Inc.

Richard H. Doss of Quinn Emanuel Urquhart Oliver & Hedges, LLP hereby appears as additional counsel of record for Defendant RealNetworks, Inc.

Pursuant to Civil Local Rule 11-5, RealNetworks, Inc. requests that the Court allow James P. Ulwick of Kramon & Graham, Baltimore, Maryland to withdraw from the above-captioned matter and to be removed from receiving electronic notification of e-filings.

Defendant RealNetworks, Inc. and all other parties having been notified of these withdrawals in writing pursuant to Civil Local Rule 11-5 an appropriate proposed order is submitted herewith.

**For Defendant Napster, Inc.,**

Charles K. Verhoeven of Quinn Emanuel Urquhart Oliver & Hedges, LLP hereby appears as additional counsel of record for Defendant Napster, Inc.

Richard H. Doss of Quinn Emanuel Urquhart Oliver & Hedges, LLP hereby appears as additional counsel of record for Defendant Napster, Inc.

Pursuant to Civil Local Rule 11-5, Napster, Inc. requests that the Court allow James P. Ulwick of Kramon & Graham, Baltimore, Maryland to withdraw from the above-captioned matter and to be removed from receiving electronic notification of e-filings.

Defendant Napster, Inc. and all other parties having been notified of these withdrawals in writing pursuant to Civil Local Rule 11-5 an appropriate proposed order is submitted herewith.

51000/2049546.1

| | | |
|---|---|---|
| 1 | DATED: February 2, 2007 | QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP |

By /s/
Charles K. Verhoeven
Attorneys for Defendants
RealNetworks, Inc.,
Napster, Inc.

DATED: February 2, 2007    QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By /s/
Richard H. Doss
Attorneys for Defendant
RealNetworks, Inc.,
Napster, Inc.

DATED: February 5, 2007    KRAMON & GRAHAM

By [signature]
James P. Ulwick
One South Street
Suite 2600
Baltimore, MD 21202
Telephone: 410-752-6030
Facsimile: 410-539-1269

Attorneys for Defendants
RealNetworks, Inc.,
Napster, Inc.

-3-

## [PROPOSED] ORDER

Having considered the notices of appearance and requests for withdrawal of Defendants RealNetworks, Inc. and Napster, Inc. in this action,

IT IS HEREBY ORDERED THAT

a. Defendants RealNetworks, Inc. and Napster, Inc.'s requests are GRANTED,

b. Charles K. Verhoeven and Richard H. Doss will appear as counsel of record for Defendant RealNetworks, Inc., in addition to existing counsel of record Michael E. Williams and Carl G. Anderson,

c. Charles K. Verhoeven and Richard H. Doss will appear as counsel of record for Defendant Napster, Inc., in addition to existing counsel of record Michael E. Williams and Carl G. Anderson,

d. James P. Ulwick of Kramon & Graham, Baltimore, Maryland be allowed to withdraw from the above-captioned matter as counsel of record for Defendants RealNetworks, Inc. and Napster, Inc. and be removed from receiving electronic notification of e-filings.

DATED: February 9, 2007

By: /s/ Saundra B. Armstrong
The Honorable Saundra Brown Armstrong
United States District Judge