[SEE SIGNATURE PAGE FOR COUNSEL LISTINGS]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| HO KEUNG TSE,<br><br>        Plaintiff,<br><br>   v.<br><br>APPLE INC. et al.,<br><br>        Defendant. | Case No.   06-06573 SBA<br><br>JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR CONDUCTING EARLY NEUTRAL EVALUATION TO MAY 18, 2007 |

Pursuant to ADR Local Rule 5-5, the parties respectfully request that the Court extend the deadline for completing early neutral evaluation from May 4, 2007 to May 18, 2007. Because the ENE session will involve attorneys and representatives from six different parties (and the evaluator himself), coordinating the schedules for the various attendees presented some difficulties. The parties and the evaluator have agreed that May 18th is an acceptable date for the ENE session, however, and the parties therefore jointly ask that the Court grant this extension.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: April __10__, 2007

By: _____*Saundra B. Armstrong*_____
      Saundra Brown Armstrong
      United States District Judge