1  [SEE SIGNATURE PAGE FOR COUNSEL LISTINGS]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| HO KEUNG TSE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>APPLE INC. et al.,<br><br>　　　　　Defendant. | Case No.   06-06573 SBA<br><br>**JOINT STIPULATION AND ORDER REGARDING PLAINTIFF'S DISCLOSURE OF ASSERTED CLAIMS AND PRELIMINARY INFRINGEMENT CONTENTIONS AND CLAIM CONSTRUCTION DEADLINES** |

## STIPULATION

WHEREAS Defendants filed a Motion to Strike Plaintiff's Disclosure of Asserted Claims and Preliminary Infringement Contentions on April 17, 2007, contending, *inter alia*, that deficiencies in Plaintiff's Disclosure of Asserted Claims and Infringement Contentions were prejudicing Defendants' ability to satisfy their Patent Local Rule obligations, particularly concerning claim construction;

WHEREAS Plaintiff filed a Response to Defendants' Motion to Strike on May 3, 2007, disputing the contentions of Defendants, but for the sake of advancement of the litigation, agreeing to suspend the exchange of claim construction pleadings and to accommodate

1  Defendants' requests that Plaintiff clarify his Disclosure of Asserted Claims and Preliminary

2  Infringement Contentions;

3        WHEREAS a hearing on Defendants' Motion to Strike currently is set for May 22, 2007;

4        WHEREAS the parties have agreed to suspend the claim construction exchange and

5  briefing schedule set forth in the Court's January 25, 2007 Case Management Scheduling Order

6  to allow Plaintiff to address Defendants' concerns regarding Plaintiff's Disclosure of Asserted

7  Claims and Preliminary Infringement Contentions.

8        ACCORDINGLY, IT IS STIPULATED THAT:

9      a. Within thirty (30) days from the date the Court enters the Order set forth below, or

10        a substantially equivalent Order, Plaintiff shall serve an amended Disclosure of

11        Asserted Claims and Preliminary Infringement Contentions addressing the

12        concerns identified in Defendants' Motion to Strike;

13     b. The claim construction dates set forth in the January 25, 2007 Case Management

14        Scheduling Order, including those relating to Patent Local Rules 4-1, 4-2, 4-3, 4-4,

15        4-5 and 4-6, are temporarily stayed pending Plaintiff's service of an amended

16        Disclosure of Asserted Claims and Preliminary Infringement Contentions;

17     c. Upon service of Plaintiff's amended Disclosure, the parties shall meet and confer

18        about the sufficiency of Plaintiff's amended Disclosure of Asserted Claims and

19        Preliminary Infringement Contentions and about a proposed schedule for the claim

20        construction dates;

21     d. The parties shall submit a proposed schedule for the claim construction dates to the

22        Court by no later than June 30, 2007 or, if they cannot agree about the sufficiency

23        of Plaintiff's amended Disclosure of Asserted Claims and Preliminary

24        Infringement Contentions or on a proposed schedule by that date, shall request a

25        status conference; and

26     e. The hearing on Defendants' Motion to Strike set for May 22, 2007 is vacated.

27

28

1  Dated:  May 4, 2007

2  Respectfully submitted by:

3     /S/  Joe Zito                                                                                      /S/  Richard S. Hung

4  Joe Zito                                                                                        Harold J. McElhinny (CA SBN 66781)
joe@zitotlp.com                                    hmcelhinny@mofo.com

5  ZITO tlp                                                          Michael A. Jacobs (CA SBN 111664)
1250 Connecticut Ave., N.W., Suite 200     mjacobs@mofo.com

6  Washington, DC  20036                    Richard S.J. Hung (CA SBN 197425)
                                                                   rhung@mofo.com

7  For Plaintiff HO KEUNG TSE            MORRISON & FOERSTER LLP
                                                                     425 Market Street

8                                                                       San Francisco, California  94105-2482

9                                                                       Telephone: (415) 268-7000
                                                                     Facsimile: (415) 268-7522

10

11                                                                       For Defendant APPLE INC.

12     /S/  Patricia Young                                          /S/  Jennifer A. Kash

13  Matthew D. Powers (CA SBN 104795)     Charles K. Verhoeven (CA SBN 170151)
matthew.powers@weil.com                 charlesverhoeven@quinnemanuel.com

14  Doug Lumish (CA SBN 183863)            Jennifer A. Kash (CA SBN 203679)
doug.lumish@weil.com                          jenniferkash@quinnemanuel.com

15  WEIL GOTSHAL & MANGES LLP            Carl G. Anderson (CA SBN 239927)

16  201 Redwood Shores Parkway              carlanderson@quinnemanuel.com
Redwood Shores, CA 94065                QUINN EMANUEL URQUHART OLIVER

17  Telephone: (650) 802-3000                 & HEDGES LLP
Facsimile: (650) 802-3100                  50 California Street, 22nd Floor

18                                                                      San Francisco, California 94111

19  Patricia Young (admitted *pro hac vice*)     Telephone:  (415) 875-6600
patricia.young@weil.com                       Facsimile:  (415) 875-6700

20  WEIL GOTSHAL & MANGES LLP
767 Fifth Avenue                                  Michael E. Williams (CA SBN 181299)

21  New York, NY  10153                      michaelwilliams@quinnemanuel.com
Telephone: (212) 310-8458                QUINN EMANUEL URQUHART OLIVER

22  Facsimile: (212) 310-8007                 & HEDGES LLP
                                                                  865 S. Figueroa Street, 10th Floor

23  For Defendant MUSICMATCH, INC.       Los Angeles, California 90017
                                                                  Telephone:  (213) 443-3000

24                                                                      Facsimile:  (212) 443-3100

25

26                                                                      For Defendants NAPSTER, INC. &
                                                                    REALNETWORKS, INC.

27

28

JOINT STIPULATION AND [PROPOSED] ORDER
C 06-06573 SBA
sf-2316403

3

1    \_\_\_/S/\_ Michelle Carniaux_____
2    Frank L. Bernstein (CA SBN 189504)
     fbernstein@kenyon.com
3    KENYON & KENYON LLP
     333 W. San Carlos Street
4    Suite 600
     San Jose, CA 95110-2731
5    Telephone: (408) 975-7988
     Facsimile: (408) 975-7501
6
7    Richard Gresalfi (admitted *pro hac vice*)
     rgresalfi@kenyon.com
8    Michelle Carniaux (admitted *pro hac vice*)
     mcarniaux@kenyon.com
9    KENYON & KENYON LLP
     One Broadway
10   New York, NY 10004-1007
11   Telephone: (212) 908-6036
     Facsimile: (212) 425-5288
12
13   For Defendant SONY CONNECT INC.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION AND [PROPOSED] ORDER
C 06-06573 SBA
sf-2316403

2

**ORDER**

IT IS HEREBY ORDERED THAT:

a. Within thirty (30) days from the date the Court enters the Order set forth below, or a substantially equivalent Order, Plaintiff shall serve an amended Disclosure of Asserted Claims and Preliminary Infringement Contentions addressing the concerns identified in Defendants' Motion to Strike;

b. The claim construction dates set forth in the January 25, 2007 Case Management Scheduling Order, including those relating to Patent Local Rules 4-1, 4-2, 4-3, 4-4, 4-5 and 4-6, are temporarily stayed pending Plaintiff's service of an amended Disclosure of Asserted Claims and Preliminary Infringement Contentions;

c. Upon service of Plaintiff's amended Disclosure, the parties shall meet and confer about the sufficiency of Plaintiff's amended Disclosure of Asserted Claims and Preliminary Infringement Contentions and about a proposed schedule for the claim construction dates;

d. The parties shall submit a proposed schedule for the claim construction dates to the Court by no later than June 30, 2007 or, if they cannot agree about the sufficiency of Plaintiff's amended Disclosure of Asserted Claims and Preliminary Infringement Contentions or on a proposed schedule by that date, shall request a status conference; and

e. The hearing on Defendants' Motion to Strike set for May 22, 2007 is vacated.

Dated: May 14, 2007

By: _____*Saundra B. Armstrong*_____
Saundra Brown Armstrong
United States District Judge

I attest that Joe Zito, Patricia Young, Michelle Carniaux, and Jennifer Kash have authorized me to electronically sign this document on their behalf.

Dated:  May  4, 2007              MORRISON & FOERSTER LLP


                                  By:  _____/S/_____
                                            Richard S. Hung

JOINT STIPULATION AND [PROPOSED] ORDER
C 06-06573 SBA
sf-2316403                                                                                  1