United States District Court

For the Northern District of California

1
2
3
4
5
6           UNITED STATES DISTRICT COURT
7          NORTHERN DISTRICT OF CALIFORNIA
8
9    HO KEUNG TSE,                    No. C 06-6573 SBA
10             Plaintiff,              ORDER REGARDING PLAINTIFF'S
                                       REQUEST TO BE EXCUSED FROM
11        v.                           PERSONALLY ATTENDING ENE
                                       SESSION
12   APPLE, INC., et al.
13             Defendants.
     _____/
14
15        The ADR Magistrate Judge has considered plaintiff's request to be excused from
16   attending the ENE session in person on May 18, 2007, as well as defendants' opposition
17   thereto.  Plaintiff's request is untimely and no explanation, credible or otherwise, has been
18   proffered for this tardiness.  The fact that on April 10, 2007, the parties jointly filed a request
19   to move the date of the ENE to May 18th shows that plaintiff and his counsel have had ample
20   opportunity either to secure the necessary travel documents or to present a timely request for
21   the relief now so tardily sought.
22        The court hereby gives the plaintiff and his counsel a choice: either show up at the
23   scheduled ENE  on May 18th or appear in person at an ENE session that will occur within
24   the next two months on a date to be fixed by the evaluator after consultation with the parties.
25    Plaintiff (through counsel) must notify defense counsel and the evaluator which option he
26   is choosing by May 16, 2007.
27
28

1

1   If the ENE is rescheduled, and if that rescheduling causes defendants to incur
2   unrecoupable expenses, defendants may elect to submit to the undersigned (simultaneously
3   copying plaintiff's counsel) a detailed declaration that supports the expenses claimed and
4   explains how they were caused by the rescheduling.  If defendants submit such a declaration,
5   plaintiff must file a response no later than seven court days later.

6   On a separate score, the court hereby ADMONISHES DEFENSE COUNSEL for
7   submitting to the undersigned sixty-eight pages of material by FAX.  Defense counsel had
8   permission to submit a facsimile of a few pages.  The court is concerned that defense counsel
9   may be simply running up the bill it will charge its client (and the amount it will seek to
10  recoup from plaintiff)  –  because the pages and pages of attachments included in the FAX
11  were wholly unnecessary in this setting and at this juncture.

12  IT IS SO ORDERED.

14  Dated:  May 15, 2007

16  WAYNE D. BRAZIL
    United States Magistrate Judge

17  Copies to: all parties, SBA
18  WDB, ADR, Stats

2