**United States District Court**
For the Northern District of California

1    IN THE UNITED STATES DISTRICT COURT

2    FOR THE NORTHERN DISTRICT OF CALIFORNIA

3

4    HO KEUNG TSE,                                    No. C 06-06573 SBA

                    Plaintiff,
5                                                      **ORDER**

6    v.

     APPLE INC. et al.,
7

                    Defendant.
8

9    _____/

10

11          On May 11, 2007 plaintiff submitted a letter to this Court requesting that the plaintiff be excused

12   from personally attending the ENE hearing scheduled for May 18, 2007 because he cannot obtain a visa

13   to travel from China. *See* Docket No. 65.  On May 13, 2007 plaintiff submitted an identical letter request

14   to Magistrate Judge Brazil. *See* Docket No. 66. Under ADR Local Rules 2-2 and 5-10(d), the plaintiff

15   should have submitted his request to Judge Brazil, not this Court. ADR Local Rule 2-2 states: "The ADR

16   Magistrate Judge [i.e., Judge Brazil] shall rule on all requests to be excused from appearing in person at

17   arbitration, ENE and mediation sessions, and shall hear and determine all complaints alleging violations

18   of these ADR local rules." Rule 5-10(d) states:

19          A person who is required to attend an ENE session may be excused from attending in
            person only after a showing that personal attendance would impose an extraordinary or
20          otherwise unjustifiable hardship. A person seeking to be excused must submit, no fewer
            than 15 days before the date set for the session, **a *letter to the ADR Magistrate Judge***,
21          simultaneously copying the ADR Unit, all counsel and the evaluator.

22   (Emphasis added). Accordingly, this Court will not pass on the letter request because it is not properly

23   before this Court, and the matter shall be handled by Judge Brazil as is appropriate under the Local Rules.

24          IT IS SO ORDERED.

25

26   Dated: 5/15/07                                    *Saundra B Armstrong*
                                                       _____
                                                       SAUNDRA BROWN ARMSTRONG
27                                                     United States District Judge

28