[SEE SIGNATURE PAGE FOR COUNSEL LISTINGS]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| HO KEUNG TSE,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>APPLE INC. et al.,<br><br>　　　　　　Defendant. | Case No.　06-06573 SBA<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING PARTIES' SUBMISSION OF PROPOSED SCHEDULE FOR CLAIM CONSTRUCTION DATES** |

## STIPULATION

WHEREAS, by stipulation of the parties, the Court vacated the hearing on Defendants' motion to strike Plaintiff's Disclosure of Asserted Claims and Preliminary Infringement Contentions ("Contentions") and ordered Plaintiff to submit amended Contentions by June 13, 2007 and the parties to meet and confer regarding the amended Contentions and propose a new case schedule or request a status conference by June 30, 2007;

WHEREAS, Plaintiff served amended Contentions on June 16, 2007;

WHEREAS, in response to a letter from Defendants, Plaintiff agreed on June 25, 2007 to further amend his Contentions;

1    WHEREAS, Defendants received Plaintiffs' revised Contentions on June 28, 2007 and

2    have just begun to review them; and

3    WHEREAS, Defendants would like additional time to review Plaintiff's most recent

4    Contentions, and the parties would like additional time to meet and confer concerning their

5    sufficiency and the proposed case schedule;

6    ACCORDINGLY, IT IS STIPULATED THAT:

7    The parties shall submit a proposed schedule for the claim construction dates to the Court

8    by no later than July 25, 2007 or, if they cannot agree about the sufficiency of Plaintiff's

9    Contentions or on a proposed schedule by that date, shall promptly request a status conference.

1   Dated: June 29, 2007

2   Respectfully submitted by:

3       /S/ Joseph J. Zito                /S/ Richard S. Hung

4   Joseph J. Zito                      Harold J. McElhinny (CA SBN 66781)

    joe@zitotlp.com                   hmcelhinny@mofo.com

5   ZITO tlp                         Michael A. Jacobs (CA SBN 111664)

    1250 Connecticut Ave., N.W., Suite 200   mjacobs@mofo.com

6   Washington, DC 20036           Richard S.J. Hung (CA SBN 197425)

    Telephone: (202) 466-3500        rhung@mofo.com

7   Facsimile: (301) 576-3531        MORRISON & FOERSTER LLP

                                        425 Market Street

8   For Plaintiff HO KEUNG TSE     San Francisco, California 94105-2482

9                                 Telephone: (415) 268-7000

                                        Facsimile: (415) 268-7522

10

11                                         For Defendant APPLE INC.

12       /S/ Doug Lumish                /S/ Jennifer A. Kash

13   Matthew D. Powers (CA SBN 104795)   Charles K. Verhoeven (CA SBN 170151)

    matthew.powers@weil.com         charlesverhoeven@quinnemanuel.com

14   Doug Lumish (CA SBN 183863)      Jennifer A. Kash (CA SBN 203679)

    doug.lumish@weil.com            jenniferkash@quinnemanuel.com

15   WEIL GOTSHAL & MANGES LLP    Carl G. Anderson (CA SBN 239927)

    201 Redwood Shores Parkway      carlanderson@quinnemanuel.com

16   Redwood Shores, CA 94065        QUINN EMANUEL URQUHART OLIVER

17   Telephone: (650) 802-3000         & HEDGES LLP

    Facsimile: (650) 802-3100         50 California Street, 22nd Floor

18                                   San Francisco, California 94111

19   Patricia Young (admitted *pro hac vice*)  Telephone: (415) 875-6600

    patricia.young@weil.com           Facsimile: (415) 875-6700

20   WEIL GOTSHAL & MANGES LLP

    767 Fifth Avenue                Michael E. Williams (CA SBN 181299)

21   New York, NY 10153            michaelwilliams@quinnemanuel.com

    Telephone: (212) 310-8458       QUINN EMANUEL URQUHART OLIVER

22   Facsimile: (212) 310-8007        & HEDGES LLP

                                      865 S. Figueroa Street, 10th Floor

23   For Defendant MUSICMATCH, INC.  Los Angeles, California 90017

24                                 Telephone: (213) 443-3000

                                      Facsimile: (212) 443-3100

25

26                                       For Defendants NAPSTER, INC. &

                                      REALNETWORKS, INC.

27

28

JOINT STIPULATION AND [PROPOSED] ORDER
C 06-06573 SBA
sf-2345864

3

___/S/  Michelle Carniaux_____
Frank L. Bernstein (CA SBN 189504)
fbernstein@kenyon.com
KENYON & KENYON LLP
333 W. San Carlos Street
Suite 600
San Jose, CA 95110-2731
Telephone: (408) 975-7988
Facsimile: (408) 975-7501

Richard Gresalfi (admitted *pro hac vice*)
rgresalfi@kenyon.com
Michelle Carniaux (admitted *pro hac vice*)
mcarniaux@kenyon.com
KENYON & KENYON LLP
One Broadway
New York, NY  10004-1007
Telephone: (212) 908-6036
Facsimile: (212) 425-5288

For Defendant SONY CONNECT INC.

1

**[PROPOSED] ORDER**

2      IT IS HEREBY ORDERED THAT:

3         The parties shall submit a proposed schedule for the claim construction dates to the Court

4 by no later than July 25, 2007 or, if they cannot agree about the sufficiency of Plaintiff's

5 Contentions or on a proposed schedule by that date, shall promptly request a status conference.

6       JULY

7    Dated: ~~June~~ ~~XX~~  6 , 2007

8              By: _____

9                         Saundra Brown Armstrong
                         United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    I attest that Joseph J. Zito, Doug Lumish, Michelle Carniaux, and Jennifer Kash have

2    authorized me to electronically sign this document on their behalf.

3

4    Dated:  June 29, 2007            MORRISON & FOERSTER LLP

5

6                                By: _____/S/_____

7                                            Richard S. Hung

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28