RECEIVED

SEP 2 4 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| HO KEUNG TSE, | CASE NO. 06-06573 SBA |
| Plaintiff(s), | (Proposed) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE |
| v. | |
| APPLE COMPUTER, INC., et al. | |
| Defendant(s). | |

BY FAX

Joseph J. Zito, an active member in good standing of the bar of USDC of Maryland, USCA Federal Circuit whose business address and telephone number (particular court to which applicant is admitted) is

1250 Connecticut Ave. NW, Suite 200
Washington, DC 20036
(202) 466-3500; Fax (301) 576-3531

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing    HO KEUNG TSE

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing.*

Dated: ~~September 20, 2007~~

October 2, 2007

_____
Sandra B. Armstrong
United States District Judge

COPY

UNITED STATES DISTRICT COURT
For the Northern District of California

10569542.tif - 9/24/2007 10:44:44 AM