IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HO KEUNG TSE,<br><br>    Plaintiff,<br><br>v.<br><br>APPLE INC., ET AL.,<br><br>    Defendant._____/ | No. C-06-06573 SBA (EDL)<br><br>**ORDER GRANTING DEFENDANT MUSICMATCH'S MOTION TO SHORTEN TIME AND SETTING HEARING ON DEFENDANT'S MOTION FOR PROTECTIVE ORDER FO APRIL 22, 2008** |

On March 27, 2008, Defendant Musicmatch filed a motion for protective order and a motion to shorten time to hear its motion for protective order. Plaintiff has informed the Court that he will not be filing an opposition to the motion to shorten time. Accordingly, and for good cause shown, Defendant's motion to shorten time is granted. Plaintiff shall file his opposition to the motion for protective order no later than April 3, 2008. Defendant shall file its reply no later than April 8, 2008. A hearing is scheduled for April 22, 2008 at 9:00 a.m. in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED.**

Dated: April 1, 2008

                                                ELIZABETH D. LAPORTE<br>                                                United States Magistrate Judge