**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HO KEUNG TSE,

    Plaintiff,

v.

APPLE INC., ET AL.,

    Defendants.
_____/

No. 06-06573 SBA (EDL)

**ORDER GRANTING APPLICATION TO APPEAR TELEPHONICALLY**

    On May 8, 2008, Plaintiff Ho Keung Tse filed a request to appear telephonically at the hearing on his Motion to Sanctions Musicmatch for Breaching Protective Order and for Leave to Serve a First Set of Interrogatories and Request for Production of Documents to Musicmatch. The Court has set the hearing on that motion for June 17, 2008 at 9:00 a.m. Good cause appearing, IT IS HEREBY ORDERED that the Request is GRANTED. However, if the Court determines that the telephonic appearance is hindering resolution of this matter, the telephonic appearance will be terminated and a new hearing date will be set for a personal appearance. Plaintiff shall provide a telephone number in the United States for the Court to call on for this appearance. Plaintiff shall provide this number to the Court's courtroom deputy by email at Lili_Harrell@cand.uscourts.gov no later than June 10, 2008. Plaintiff shall stand by beginning at the date and time above until called by the Court. The Court will inform the parties if it determines that this matter can be resolved without a hearing.

Dated: May 20, 2008

                                          *Elizabeth D. Laporte*
                                         ELIZABETH D. LAPORTE
                                         United States Magistrate Judge