**FILED**

OCT 12 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| Ho Keung Tse,<br><br>    Plaintiff,<br><br>vs.<br><br>Apple Computer, Inc. et al.,<br><br>    Defendants. | CASE NO. 06-06573 SBA<br><br>[PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF HO KEUNG TSE AND DEFENDANT REALNETWORKS, INC. |

Having reviewed the Stipulation of Dismissal with Prejudice Between Plaintiff Ho Keung Tse ("Tse") and Defendant RealNetworks, Inc. ("RealNetworks") and good cause appearing, pursuant to stipulation, all claims of Tse asserted against RealNetworks in this action are dismissed in their entirety with prejudice, and each party will bear its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: October 12, 2012

By: _____Saundra B. Armstrong_____

Saundra Brown Armstrong

United States District Judge

01904.51001/5002547.1