UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| HO KEUNG TSE,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>APPLE INC. at al,<br><br>　　　　　　　Defendant. | Case No. 06-06573 SBA<br><br>**ORDER GRANTING DEFENDANTS' UNOPPPOSED MOTION FOR LEAVE TO FILE SUR-REPLY TO PLAINTIFF'S MOTION TO CLARIFY STAY STATUS, AND IF THE STAY IS STILL IN PLACE, TO LIFT STAY** |

　　　　Having reviewed Defendants' Unopposed Motion for Leave to File Sur-Reply to Plaintiff's Motion to Clarify Stay Status, and If the Stay is Still in Place to Lift Stay, the motion being unopposed and good cause appearing, the Court hereby GRANTS Defendants' Unopposed Motion for Leave to File Sur-Reply to Plaintiff's Motion.

　　　　IT IS SO ORDERED.

Dated: October _29, 2012

By: _____
　　　Saundra Brown Armstrong
　　　United States District Judge

[PROPOSED] ORDER GRANTING DEFS.' UNOPPOSED MOTION FOR LEAVE TO FILE SUR-REPLY – 06-06573 SBA　　1
sf-3171577

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

HO KEUNG TSE et al,

        Plaintiff,

 v.

APPLE INC., ET AL. et al,

        Defendant.

                                  Case Number: CV06-06573 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 30, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ho Keung Tse
P.O. Box 80306
Cheung Sha Wan Post Office
Hong Kong,

Dated: October 30, 2012

                                      Richard W. Wieking, Clerk

                                        By: Lisa Clark, Deputy Clerk