IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HO KEUNG TSE,

    Plaintiff,                                   No. 06-06573 SBA (EDL)

  v.                                          **ORDER**

APPLE INC., et al.,

    Defendants.

_____/

    Plaintiff has filed a Notice and Second Notice regarding a discovery dispute in Case No. 12-2653. That case was consolidated with the present consolidated case, and the consolidated case is stayed pending reexamination of the patent in suit. Because of the stay, this Court cannot address the discovery dispute. The Court therefore DENIES Plaintiff's motion without prejudice.

**IT IS SO ORDERED.**

Dated: May 23, 2013

                                                 _____
                                                 ELIZABETH D. LAPORTE
                                                 United States Chief Magistrate Judge