UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| HO KEUNG TSE,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>APPLE, INC., et al.,<br><br>　　　　Defendants. | Case No: C 06-06573 SBA<br><br>**ORDER** |

　　　The instant action is currently stayed pending reexamination of U.S. Patent No. 6,665,797. In light of the stay, IT IS HEREBY ORDERED THAT the Clerk shall ADMINISTRATIVELY CLOSE the file. Any party may move to reopen the case if the circumstances supporting the stay have changed such that the stay is no longer appropriate. Any motion to reopen the case shall be made in accordance with the Civil Local Rules.

　　　IT IS SO ORDERED.

Dated: March 31, 2014

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　　United States District Judge