UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| HO KEUNG TSE,<br><br>    Plaintiff,<br><br>vs.<br><br>APPLE, INC., et al.,<br><br>    Defendants. | Case No: C 06-6573 SBA<br><br>**ORDER RE OSC** |

Plaintiff Ho Keung Tse ("Plaintiff") brings the instant patent infringement action against various Defendants alleging infringement of U.S. Patent No. 6,665,797 ("the '797 patent"). On December 11, 2013, Judge Susan Illston issued an Order finding that claims 1-5, 13, 16, 17, 20, and 23-26 of the '797 patent are invalid for lack of written description under 35 U.S.C. § 112. See Ho Keung Tse v. Google, Inc., 2013 WL 6502478, at *6 (N.D. Cal. 2013). On July 16, 2014, the Federal Circuit affirmed Judge Illston's Order. On July 28, 2014, the Court issued an Order to Show Cause ("OSC"), directing the parties to show cause in writing why this case should or should not be dismissed on the ground that the claims of the '797 patent at issue in this case are invalid. Dkt. 231.

On August 4, 2014, the parties responded to the Court's OSC. Dkt. 232, 233, 235. In their response, Defendants urge the Court to dismiss the instant action with prejudice because the claims of the '797 patent at issue in this case are the same claims found to be invalid in the Google litigation. Dkt. 233. For his part, Plaintiff does not dispute that the claims of the '797 patent at issue in this action have been declared invalid. Dkt. 235. However, Plaintiff contends that dismissal is inappropriate at this juncture because he intends to file a " 'Combined Petition For Panel Rehearing And Petition For Rehearing En

Banc' with the Federal Court very soon." Id.  Pursuant to the Rules of Practice of the United States Court of Appeals for the Federal Circuit, Plaintiff has thirty-days from entry of judgment to file a petition for panel rehearing.  Federal Circuit Rule 40(e).  Pursuant to the Rules of the Supreme Court of the United States, Plaintiff has ninety days from entry of judgment to file a writ of certiorari.  See Supreme Court Rule 13.  If Plaintiff timely files a petition for panel rehearing, the time for him to file a petition for a writ of certiorari runs from the date of the denial of rehearing or, if rehearing is granted, the subsequent entry of judgment.  Id.

Accordingly,

IT IS HEREBY ORDERED THAT:

1. Upon the completion of the appeals process in the Google litigation, the parties shall each submit a memorandum, not to exceed five (5) pages, addressing why this case should or should not be dismissed.  Alternatively, the parties may file a stipulation requesting that the instant action be dismissed with prejudice.

2. The OSC issued on July 28, 2014 is discharged.

IT IS SO ORDERED.

Dated: 8/19/2014

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge